1  **ELIAS Z. SHAMIEH** (IND. SBN 14339-49)
**DINA M. SOKHN** (SBN 233516)
2  Attorneys at Law
703 Market Street, Suite 1700
3  San Francisco, CA 94103
Telephone: (415) 777-0700
4  Facsimile: (415) 543-0891

5  Attorney for Plaintiff
**MICHEL YACOUB RABAH**
6

7                **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10  **RABAH, MICHEL YACOUB**                    ) Civil Action No.:
                         Plaintiff,             )
11                                              )
                                                )
v.                                              )
12                                              )
                                                )
**ROBERT MUELLER III**, Director, Federal       )
13  Bureau of Investigation,                    ) **COMPLAINT FOR WRIT OF**
**MICHAEL CHERTOFF**, Secretary,                ) **MANDAMUS**
14  Department of Homeland Security,            )
**EMILIO GONZALES**, Director, USCIS            ) USCIS No.: A 045 824 014
15  **DAVID N. STILL**, District Director, U.S.  )
16  Citizenship and Immigration Services (USCIS)) IMMIGRATION CASE
**FRANCIS D. SICILIANO**, San Jose Field        )
17  Office Director,  USCIS                      )
                                                )
18                                              )

19

20        Plaintiff, through undersigned counsel, alleges as follows:

21                        *INTRODUCTION*

22

23        1.  Plaintiff, Michel Yacoub Rabah, is a lawful permanent resident of the United States

24  residing within the jurisdiction of this Court.  Plaintiff's claim for relief arises under 8 U.S.C. §

25  1427.

26
        2.  Defendant Robert S. Mueller III, is the Director of the Federal Bureau of Investigations

*Rabah v. Mueller et al.*
*Complaint for Writ of Mandamus*           1

1    ("FBI"), an agency of the United States government and is sued here in his official capacity.

2
3        3.    Defendant Michael Chertoff is the Secretary of the Department of Homeland Security
4    and is sued here in his official capacity.

5        4.    Defendant Emilio Gonzales is the director of USCIS and is sued here in his official
6    capacity.

7
8        5.    Defendant Francis D. Siciliano is the Field Office Director for the San Francisco USCIS
9    Office and is sued here in his official capacity.

10       6.    Defendant David Still is the District Director of the San Francisco USCIS district and is
11   sued here in his official capacity.

12
13       7.    Plaintiff alleges that Defendants each have a role in the adjudication of the applications
14   for naturalization

15       8.    This Court has jurisdiction of the action pursuant to 28 U.S.C. §§§1331, 1361, 1651 and
16   5 U.S.C. §701 et seq.  Relief is requested pursuant to the aforementioned statutes and under
17   28 U.S.C. §2201.

18
19       9.    This action is brought to redress the deprivation of rights, privileges and immunities
20   secured to plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff.  This
21   action is brought to compel Defendants and those acting under them to take action on a Form
22   N-400, Application for Naturalization, (hereafter: "the Application") in order for Plaintiff to
23   become a Naturalized Citizen of the United States.

24
25       10. The N-400 Application was filed with the USCIS California Service Center on or about
26   April 6, 2005. (Exhibit A). Plaintiff was interviewed by an officer at the USCIS San Jose Field

Office on September 14, 2005, and successfully passed the English language and United States

history and government tests. (See Exhibit B).

11. Approximately one year and a half after the interview, plaintiff still awaits the decision. Certainly more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court under 8 U.S.C. § 1447.

12. Plaintiff is eligible to have his Application adjudicated.

13. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services are charged by law with the statutory obligation to adjudicate this Application.

14. Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

## *FACTS*

15. Plaintiff filed his Form N-400, Application for Naturalization, with the USCIS California Service Center on or about April 6, 2005. (See Exhibit A).

16. Plaintiff was interviewed by an officer at the USCIS San Jose Field Office on September 14, 2005, and successfully passed the English language and United States history and government tests. (See Exhibit B). However, plaintiff's application was not adjudicated pending an FBI criminal record/name check. (Id.)

17. To date, plaintiff's FBI criminal record/name check has not been completed and plaintiff's application remains pending.

18. Defendants have taken no action on plaintiff's case despite the fact that about one year and a half has elapsed since plaintiff's naturalization interview on September 14, 2005.

## *CLAIMS*

*Rabah v. Mueller et al.*
*Complaint for Writ of Mandamus*          3

1

2      19. Defendants' refusal to act in this case is as a matter of law, arbitrary and not in

3   accordance with the law.

4

        20. Plaintiff has been, and continues to be greatly damaged by the failure of Defendants to
5
   act in accordance with their duties under the law.
6

7      21. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §701et. seq., are

8   unlawfully withholding and/or unreasonably delaying action on plaintiff's naturalization

9   application and have failed to carry out the adjudicative and administrative functions delegated

10  to them by law and regulation.

11
       22. **WHEREFORE**, Plaintiff prays that the Court:
12

13
        (a)     Compel Defendants and those acting under them to perform their duty to
14
   adjudicate the Petition; and
15

16      (b)     Grant such other and further relief as this Court deems proper under the

17  circumstances; and

18
        (c)     Grant reasonable Attorney's fees and costs of Court to Plaintiff under the Equal
19
   Access to Justice Act.
20

21
   ///
22

23

24

25

26

*Rabah v. Mueller et al.*
*Complaint for Writ of Mandamus*          4

1   Respectfully submitted this ___ day of _____, 2007.

2

3                                                    _____
                                                     ELIAS Z. SHAMIEH
4

5                                                    _____
6                                                     DINA M. SOKHN

7                                                     Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Rabah v. Mueller et al.*
*Complaint for Writ of Mandamus*              5