1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  MICHEL YACOUB RABAH,                )
                                         ) No. C 07-2742 PVT
13                Plaintiff,             )
                                         )
14        v.                             )
                                         ) **PARTIES' CONSENT TO MAGISTRATE**
15  ROBERT MUELLER, III, Director,       ) **JUDGE JURISDICTION; STIPULATION**
    Federal Bureau of Investigation;     ) **TO DISMISS; AND [PROPOSED]**
16  MICHAEL CHERTOFF, Secretary,         ) **ORDER**
    Department of Homeland Security;     )
17  EMILIO T. GONZALEZ, Director, USCIS; )
    DAVID N. STILL, District Director, U.S. )
18  Citizenship and Immigration Services (USCIS); )
    FRANCIS D. SICILIANO, San Jose Field Office )
19  Director, USCIS,                     )
                                         )
20                Defendants.            )
                                         )
21

22      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

23  Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24  conduct any and all further proceedings in the case, including trial, and order the entry of a final

25  judgment.

26      Further, Plaintiff, by and through his attorneys of record, and Defendants, by and through their

27  attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

28  entitled action without prejudice because the United States Citizenship and Immigration Services

Consent and Stipulation to Dismiss
C07-2742 PVT                                    1

1 is now prepared to grant Plaintiff's application for naturalization, and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: July 6, 2007

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 6, 2007

/s/
ELIAS Z. SHAMIEH
DINA M. SOKHN
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 12, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Consent and Stipulation to Dismiss
C07-2742 PVT                                                2